JOHN L. CURLEY et al., as Executors of JAMES SHEWAN, Deceased, et al., Respondents, *v.* EDWARD MOORE, JR., et al., as Executors of EDWARD MOORE, Deceased, et al., Appellants, Impleaded with Another.

(Argued April 8, 1930; decided May 6, 1930.)

*E. Crosby Kindleberger* and *Albert Stickney* for appellants.

*Patrick J. Dobson* and *William J. Martin* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.